Joseph A. Nesteriak et al. *v.* Zoning Board of Appeals of the Town of Seymour

The plaintiffs' petition for certification for appeal from the Court of Common Pleas for the judicial district of Waterbury is denied.

*Roy H. Scharf,* in support of the petition.
*Richard S. Bruchal,* in opposition.

Submitted June 3—decided June 25, 1974

Blanche Kuser *v.* Walter Orkis

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is granted.

*Harold B. Yudkin,* in support of the petition.

*Edmund C. Walsh,* assistant attorney general, and *Robert K. Killian,* attorney general, in opposition.

Submitted June 7—decided June 25, 1974

Stamford Jewish Center, Inc. *v.* Zoning Board of Appeals of the City of Stamford

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied and, in view of this, the defendant's ancillary petitions and motions need not be considered.

*John Keogh, Jr.,* in support of the petition.

*Joel E. Freedman,* corporation counsel, in opposition.

Submitted June 11—decided June 25, 1974